```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 15053
   PAMELA L WATSON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-5422


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 06/12/2008 and was confirmed 09/17/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 12/17/2008.
------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------
COOK COUNTY TREASURER     SECURED                 .00          .00            .00
COOK COUNTY TREASURER     SECURED                 .00          .00            .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG           .00          .00            .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE       1586.40          .00            .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG           .00          .00            .00
GREENWOOD COURT CONDOMIN  SECURED             1486.00          .00         125.00
ILLINOIS DEPT OF REV      PRIORITY         NOT FILED           .00            .00
INTERNAL REVENUE SERVICE  PRIORITY                .00          .00            .00
INTERNAL REVENUE SERVICE  UNSECURED               .00          .00            .00
SBC ILLINOIS              UNSECURED        NOT FILED           .00            .00
NICOR                     UNSECURED        NOT FILED           .00            .00
HILCO RECEIVABLES LLC     UNSECURED             872.07         .00            .00
CAPITAL ONE AUTO FINANCE  UNSECURED        NOT FILED           .00            .00
CARDIOVASCLAR CONSULTANT  UNSECURED        NOT FILED           .00            .00
CARDIOVASCLAR CONSULTANT  UNSECURED        NOT FILED           .00            .00
CITY OF CHICAGO PARKING   UNSECURED             933.32         .00            .00
AT&T BROADBAND            UNSECURED        NOT FILED           .00            .00
GERALD CAHILL MD          UNSECURED        NOT FILED           .00            .00
HARRIS                    UNSECURED        NOT FILED           .00            .00
JUNIPER BANK              UNSECURED        NOT FILED           .00            .00
KIDANU BIRHANU MD         UNSECURED        NOT FILED           .00            .00
LITTLE CO MARY HOSPITAL   UNSECURED        NOT FILED           .00            .00
LITTLE CO MARY HOSPITAL   UNSECURED        NOT FILED           .00            .00
LITTLE CO MARY HOSPITAL   UNSECURED        NOT FILED           .00            .00
EVERGREEN MEDICAL         UNSECURED        NOT FILED           .00            .00
MIDWEST EYE CENTER        UNSECURED        NOT FILED           .00            .00
MUNICIPAL COLLECTION SER  UNSECURED             400.00         .00            .00
NICOR GAS                 UNSECURED             603.93         .00            .00
PULMONARY MEDICINE ASSN   UNSECURED        NOT FILED           .00            .00
CITY OF COUNTRY CLUB HIL  UNSECURED        NOT FILED           .00            .00
VILLAGE OF MATTESON       UNSECURED        NOT FILED           .00            .00
SOUTHWEST CREDIT          UNSECURED        NOT FILED           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 15053 PAMELA L WATSON
```

```
V&R BEHAVIORAL HEALTH SE  UNSECURED       NOT FILED                 .00              .00
AT&T                      UNSECURED       NOT FILED                 .00              .00
INTERNAL REVENUE SERVICE  PRIORITY          914.72                  .00              .00
INTERNAL REVENUE SERVICE  UNSECURED         884.80                  .00              .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE    6075.91                  .00              .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     3,481.50                              1,266.99
TOM VAUGHN                TRUSTEE                                                 108.01
DEBTOR REFUND             REFUND                                                     .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  1,500.00

PRIORITY                                             .00
SECURED                                           125.00
UNSECURED                                            .00
ADMINISTRATIVE                                  1,266.99
TRUSTEE COMPENSATION                              108.01
DEBTOR REFUND                                        .00
                        ---------------   ---------------
TOTALS                   1,500.00               1,500.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
     Dated: 03/05/09                  _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE


                         PAGE   2
          CASE NO. 08 B 15053 PAMELA L WATSON